IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00619–EWN–OES

E. LES KRYGIER and
KELLY R. KRYGIER,

      Petitioners,

v.

UNITED STATES OF AMERICA,

      Respondent.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed August 15, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

1. The recommendation (#6) is ACCEPTED.

2. The motion to dismiss (#2) filed June 3, 2005 is GRANTED and the case is DISMISSED with prejudice.

3. All other pending motions are DENIED as moot.

DATED this 12th day of October, 2005.

                                        BY THE COURT:

                                        s/ Edward W, Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge